**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re

| | |
|---|---|
| John Steward Seibert | CHAPTER    7 |
| Alive Leigh Seibert | CASE NO:    18-30975-KKS |

**ORDER GRANTING AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FREEDOM MORTGAGE CORPORATION REGARDING REAL PROPERTY (Doc. No. 13)**

THIS CASE is before the Court on the Agreed *Ex Parte* Motion to Continue Hearing on Motion for Relief From Stay (Doc. No. 13) filed by FREEDOM MORTGAGE CORPORATION ("Creditor"). Based upon the assertions made in support of the Motion, having considered the record in this case, and upon representation by the submitting counsel that counsel for the Debtors are in agreement concerning a continuance of the Hearing on the Motion for Relief From Stay currently scheduled for February 7, 2019 at 9:30 a.m., it is

ORDERED as follows:

1. The Agreed *Ex Parte* Motion to Continue Hearing on Motion for Relief From Stay (Doc. 13) is hereby granted.

2. The Hearing on Creditor's Motion For Relief From Stay shall be continued for approximately thirty (30) days.

3. The automatic stay pursuant to 11 U.S.C. §362(a) shall remain in full force and effect until further Order of this Court

**DONE** and **ORDERED** on _____February 5, 2019_____.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Jessica Hicks is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.

Order Prepared By: (Amended in Chambers)
Jessica Hicks, P.O. Box 800, Tampa, FL 33603

Copies Furnished To:
Jessica Hicks, P.O. Box 800, Tampa, FL 33601-0800, Attorney for Creditor;
John Stewart Seibert and Alice Leigh Seibert, 674 Waterview Cove Drive, Freeport, FL 32439;
Natasha Z. Revell at tasha@zalkinrevell.com;
Mary W. Colon, Trustee at trustee@marycolon.com.