UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                                 Case No.: 18-30975-KKS
                                                                       Chapter 7
John Stewart Seibert and
Alice Leigh Seibert,
        Debtor.
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

### NOTICE OF OPPORTUNITY TO
### OBJECT AND FOR HEARING

      Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 43 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

      If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Leslie Rushing, Esq., 1475 Centrepark Blvd., Suite 130, West Palm Beach, Florida 33401, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    COMES NOW, Lakeview Loan Servicing, LLC, by and through its attorneys Leslie Rushing, Quintairos, Prieto, Wood & Boyer, P.A., and respectfully moves this Court for an

order granting Creditor relief from stay and, to recover and dispose of its real property located at **674 Waterview Cove Dr., Freeport, Florida 32439** purchased by Debtors financed by Creditor, and more particularly described in the documents attached hereto. Grounds for this motion are as follows:

1. Debtor filed a voluntary Chapter 13 Bankruptcy on October 26, 2018.

2. Pursuant to the provisions of 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from the stay for cause including lack of adequate protection of an interest in property.

3. Lakeview Loan Servicing, LLC is the holder of a Note and Mortgage for the real property located at **674 Waterview Cove Dr., Freeport, Florida 32439** and described as:

ALL THAT CERTAIN LAND SITUATE IN WALTON COUNTY, FLORIDA, VIZ:

LOT 27, BLOCK A, WATERVIEW COVE, PHASE II REPLAT, BEING A PORTION OF SECTIONS 13 AND 18, TOWNSHIP 1 SOUTH, RANGE 19 & 20 WEST, WALTON COUNTY, FLORIDA ACCORDING TO PLAT RECORDED IN PLAT BOOK 15 PAGE 1 OF THE PUBLIC RECORDS OF SAID COUNTY.
APN:18-1S-19-23020-00A-0270

(copies of Note and Mortgage are attached hereto as Composite Exhibit "A").

4. Debtor has defaulted under the terms of the Note and Mortgage by failing to make regular payments when due and owing pursuant to Note and Mortgage. The account is due for the October 1, 2017 payment.

5. There remains due and owing on the Note and Mortgage referenced in paragraph three hereof, the sum of $247,908.60, as of February 8, 2019, plus interest which does not reflect attorney fees and costs associated with the filing of this Motion for Relief from the Automatic

Stay. Attached hereto as Exhibit "B" is an Affidavit in support of this Motion for Relief from Automatic Stay.

6. According to Walton County Property Appraiser the value of the property is $188,265.00. A copy is attached as Exhibit "C".

7. Creditor is not adequately protected as there is no equity in the property and no payments are being made by Debtor.

8. The property is listed as retain on modified terms in the statement of intentions filed by the Debtor.

9. Upon information and belief, Movant is informed that no other party has an interest in the above referenced property.

10. Movant is entitled to relief from stay to recover possession of the property and liquidate its security interest as it lacks adequate protection in the bankruptcy.

WHEREFORE, Movant, Lakeview Loan Servicing, LLC, prays this Honorable Court order that the automatic stay be terminated so as to permit Movant to proceed to enforce its security interest in its property pursuant to state law, that the Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code, to waive the 14-day stay requirement, for attorney fees and costs and any other further relief the Court may deem just and equitable.

                                                Respectfully submitted,

Dated: Octej '3, 2019                           /s/ Leslie Rushing
                                                      Leslie Rushing, Esq.
                                                       Florida Bar No. 98106

        Quintairos, Prieto, Wood & Boyer, P.A.
        1475 Centrepark Blvd., Suite 130
        West Palm Beach, FL 33401
        Telephone: (561) 686-1880 x 1311
        Fax: (561) 686-1886
        Primary Email:
        leslie.rushing@qpwblaw.com
        Secondary Email:
        flndbknotices@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I certify that I have caused to be served a copy of the foregoing Motion for Relief, by first class mail, postage prepaid and/or by CM/ECF electronic filing upon the parties listed below.

Dated:  O ctej ''3, 2019                              /s/ Leslie Rushing
                                                                Leslie Rushing, Esq.
                                                                Florida Bar No. 98106

Copies Furnished To:

By CM/ECF Receipt:

Teresa M. Dorr
Zalkin Revell, PLLC
2441 US Highway 98, Suite 109
Santa Rosa Beach, FL 32459
850-267-2111
Fax : 850-560-7111
Email: tdorr@zalkinrevell.com

Natasha Z. Revell
Zalkin Revell, PLLC
Waterside Business Center
2441 US Highway 98W, Ste. 109
Santa Rosa Beach, FL 32459
850-267-2111
Fax : 866-560-7111
Email: tasha@zalkinrevell.com

Trustee
Mary W. Colon
P.O. Box 14596
Tallahassee, FL 32317

U.S. Trustee
United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

By First Class Mail:

John Stewart Seibert and

Alice Leigh Seibert
674 Waterview Cove Drive
Freeport, FL 32439