UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**IN RE:**
**SEIBERT, JOHN STEWART**        **CASE NO. 18-30975-KKS**
**SEIBERT, ALICE LEIGH**           **CHAPTER 7**
    **Debtor(s).**
_____/

## NOTICE OF INTENT TO SELL REAL PROPERTY

**TO:** Debtor(s), Creditors, and Parties in Interest

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below.

1. Description of property:
   Interest in real property located at 274 Lee County Rd 2170, Phenix, AL 36870, identified as Lee County Parcel ID No. 43 24 01 12 0 004 235.000, and described as:

   Lot 89 of Autumn Creek Subdivision, located in Section 12, Township 17N, Range 29E, Lee County, Alabama, as shown upon a final plat of said subdivision by Barrett-Simpson, Inc., filed in Plat Book 30 Page 30, in the Office of the Judge of Probate of Lee County, Alabama.

   Subject to all valid and enforceable easements and restrictions of record.

   This being property conveyed to Kimberly Corbett Culpepper by deed dated 11/6/08, recorded in Vol. 2342, Page 248, Lee County Probate Records.

2. Manner of Sale:     Private ( X )*     Public Auction ( )

3. Terms of Sale: (include purchaser, if known, price, price terms, whether or not sale is free and clear of liens, names and addresses of lienors, and all other pertinent information)

   a. Private sale to    John Stewart Seibert and Alice Leigh Seibert
                         Address:   274 Lee County Rd 2170
                                    Phenix City, AL 36870

   b. **Subject to any and all liens, encumbrances and interests.**

   c. Selling price and terms as follows:  $3,000.00 as is in its current condition with full right of inspection.  Purchaser is responsible for all inspection fees.  Seller does not warrant condition.

   Purchaser price to be paid in twelve (12) monthly installments of $250.00 beginning on September 15, 2019 and monthly thereafter until paid in full.

d. Additional Terms: Closing will take place within thirty (30) days of issuance of a Court Order authorizing the sale. No seller's property disclosure will be provided. The property is sold as is where is. Purchaser shall receive a Trustee's Deed.

Purchaser has agreed to pay documentary stamp taxes on the deed, recording fees for bankruptcy documents, and property taxes. Property taxes will not be pro-rated at closing. Seller will be responsible for recording the Deed.

e. The proceeds from the sale shall be disbursed to the Estate.

**4. Lienors and additional co-owner(s):**
Freedom Mortgage Corporation
Attn: Bankruptcy
PO Box 50428
Indianapolis, IN 46250

Purchaser is buying subject to any and all liens, encumbrances, and interests. Time is of the essence for Buyer, so the Trustee is filing this Notice contemporaneously with a Motion to Sell Subject to Any and All Liens, Encumbrances and Interests pursuant to Section 363 of the Bankruptcy Code.

The purchase price was/were established by review of the schedules, any additional documents and testimony provided by parties, negotiated in good faith within the principles of good business judgment with the relevant parties.

*(Applicable to private sales only) The trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in excess of 10% more than the original bid and must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received (with the applicable deposit) by the trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

IF NO HIGHER BIDS ARE RECEIVED TIMELY, THE SALE WILL PROCEED AS SET FORTH IN THIS NOTICE. IF HIGHER BID(S) ARE RECEIVED TIMELY, THE TRUSTEE SHALL CONDUCT A TELEPHONIC OR IN-COURT AUCTION BETWEEN THE BIDDERS WHOSE BIDS ARE NOTICED ABOVE AND ARE RECEIVED TIMELY IN ACCORDANCE WITH THIS NOTICE. ANY BIDDER THAT DOES NOT PARTICIPATE IN ANY AUCTION SCHEDULE IN ACCORDANCE WITH THIS NOTICE IS DISQUALIFIED.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: August 14, 2019            /s/ Mary W. Colón
                                  MARY W. COLÓN
                                  Chapter 7 Trustee
                                  Smith, Thompson, Shaw, et al
                                  P.O. Box 14596
                                  Tallahassee, FL 32317
                                  Telephone No.: (850) 241-0144
                                  Facsimile: (850) 702-0735
                                  Florida Bar No. 0184012
                                  trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by first class U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on August 14, 2019.

/s/ Mary W. Colón
MARY W. COLÓN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: SEIBERT, JOHN STEWART<br>SEIBERT, ALICE LEIGH | CASE NO: 18-30975-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/14/2019, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL REAL PROPERTY

MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES, AND INTERESTS

CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND DEBTOR(S)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/14/2019

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL 32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: SEIBERT, JOHN STEWART<br>SEIBERT, ALICE LEIGH | CASE NO: 18-30975-KKS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 8/14/2019, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL REAL PROPERTY

MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES, AND INTERESTS

CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND DEBTOR(S)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/14/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                               BK GLOBAL REAL ESTATE SERVICES          FREEDOM MORTGAGE CORP
  LABEL MATRIX FOR LOCAL NOTICING       1095 BROKEN SOUND PARKWAY SUITE 200     CO JESSICA HICKS
11293                                   BOCA RATON FL 33487-3503                PO BOX 800
CASE 18-30975-KKS                                                               TAMPA FL 33601-0800
NORTHERN DISTRICT OF FLORIDA
PENSACOLA
WED AUG 14 11-40-00 EDT 2019


HYUNDAI MOTOR FINANCE                   LAKEVIEW LOAN SERVICING LLC             PRA RECEIVABLES MANAGEMENT LLC
PO BOX 20809                            CO LESLIE RUSHIN                        PO BOX 41021
FOUNTAIN VALLEY CA 92728-0809           QUINTAROS PRIETO WOOD  BOYER PA         NORFOLK VA 23541-1021
                                        1475 CENTREPARK BLVD STE 130
                                        WEST PALM BEACH FL 33401-7424


REMAX BY THE SEA                        SANTANDER CONSUMER USA INC DBA          LAKEVIEW LOAN SERVICING LLC
2395 W COUNTY HWY 30A                   CHRYSLER                                CO LESLIE RUSHING ESQ
SANTA ROSA BEACH FL 32459-5166          CO CHAD D HECKMAN                       QUINTAIROS PRIETO WOOD  BOYER PA
                                        PO BOX 12492                            1475 CENTREPARK BLVD SUITE 130
                                        TALLAHASSEE FL 32317-2492               WEST PALM BEACH FL 33401-7424


CREDITORS BANKRUPTCY SERVICE            ADVANCED CALL CENTER TECHNOLOGIES LLC   ARMY EMERGENCY RELIEF
PO BOX 800849                           PO BOX 9091                             2530 CRYSTAL DRIVE
DALLAS TX 75380-0849                    JOHNSON CITY TN 37615-9091              SUITE 13161
                                                                                13TH FLOOR
                                                                                ARLINGTON VA 22202-3950


BLANCA PEAK INPATIENT SVCS LLC          CAPITAL ONE                             CHASE CARD SERVICES
PO BOX 80141                            ATTN BANKRUPTCY                         CORRESPONDENCE DEPT
PHILADELPHIA PA 19101-1141              PO BOX 30285                            PO BOX 15298
                                        SALT LAKE CITY UT 84130-0285            WILMINGTON DE 19850-5298


CHOCTAWHATCHEE ELECTRIC COOPERATIVE     CITIBANK NA                             CITIBANK NA
INC                                     6716 GRADE LN BLG 9 STE 910PY DEPT      701 EAST 60TH STREET NORTH
PO BOX 512                              LOUISVILLE KY 40213-3410                SIOUX FALLS SD 57104-0493
DEFUNIAK SPRINGS FL 32435-0512


CITIBANKBEST BUY                        CITIBANKTHE HOME DEPOT                  CITY OF FREEPORT
ATTN BANKRUPTCY                         ATTN RECOVERYCENTRALIZED BANKRUPTCY     112 HIGHWAY 20 WEST
PO BOX 790441                           PO BOX 790034                           PO BOX 339
ST LOUIS MO 63179-0441                  ST LOUIS MO 63179-0034                  FREEPORT FL 32439-0339


CREDIT FIRST NATIONAL ASSOCIATION       DELTA DENTAL OF CALIFORNIA              DIRECTV LLC
ATTN BK CREDIT OPERATIONS               FEDERAL GOVERNMENT PROGRAMS             BY AMERICAN INFOSOURCE AS AGENT
PO BOX 81315                            PO BOX 537008                           PO BOX 5008
CLEVELAND OH 44181-0315                 SACRAMENTO CA 95853-7008                CAROL STREAM IL 60197-5008


EDFINANCIAL SERVICES                    EDFINANCIAL SERVICES                    EDFINANCIAL ON BEHALF OF US DEPT OF
120 N SEVEN OAKS DR                     ATTN BANKRUPTCY                         EDUCATI
KNOXVILLE TN 37922-2359                 PO BOX 36008                            120 N SEVEN OAKS DR
                                        KNOXVILLE TN 37930-6008                 KNOXVILLE TN 37922-2359
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FLAGSTAR BANK<br>ATTN BANKRUPTCY<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639 | FORT WALTON BEACH MEDICAL CENTER<br>1000 MARWALT DRIVE<br>FORT WALTON BEACH FL 32547-6795 | FORT WALTON BEACH MEDICAL CENTER<br>PO BOX 740771<br>CINCINNATI OH 45274-0771 |
| FREEDOM MORTGAGE CORPORATION<br>105000 KINCAID DR<br>FISHERS IN 46037 | FREEDOM MORTGAGE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 50428<br>INDIANAPOLIS IN 46250-0401 | GATESTONE  CO INTERNATIONAL INC<br>465 N 3RD ST<br>PHOENIX AZ 85004 |
| GENPACT SERVICES LLC<br>PO BOX 1969<br>SOUTHGATE MI 48195-0969 | HYUNDAI MOTOR FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20829<br>FOUNTAIN CITY CA 92728-0829 | KINETIC CREDICT UNION<br>ATTN BANKRUPTCY<br>PO BOX 9818<br>COLUMBUS GA 31908-0818 |
| LOANCARE LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH VA 23452-4262 | NATIONWIDE CREDIT INC<br>PO BOX 10354<br>DES MOINES IA 50306-0354 | NAVY FEDERAL CREDIT UNION<br>820 FOLLIN LANE SE<br>VIENNA VA 22180-4907 |
| NAVY FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | PMI CHATTAHOOCHEE VALLEY<br>PROPERTY MANAGEMENT<br>233 12TH ST<br>SUITE 743<br>COLUMBUS GA 31901-2446 | PYOD LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 |
| SACRED HEART HEALTH SYSTEM<br>ATTN 848343C<br>PO BOX 14099<br>BELFAST ME 04915-4034 | SACRED HEART HEALTH SYSTEM<br>PO BOX 2728<br>PENSACOLA FL 32513-2728 | SACRED HEART HOSPITAL EMERALD COAST<br>PO BOX 2488<br>PENSACOLA FL 32513-2488 |
| SANTANDER CONSUMER USA<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH TX 76161-0244 | SOUTH WALTON FIRE DISTRICT<br>PO BOX 1105<br>TARPON SPRINGS FL 34688-1105 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKCARE CREDIT<br>950 FORER BLVD<br>KETTERING OH 45420-1469 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO FL 32896-5061 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKOLD NAVY<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONYBANKNAUTILUS<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONYBANKROOMS TO GO<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

USAA FEDERAL SAVINGS BANK
ATTN BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

UNITED STATES TRUSTEE
110 E PARK AVENUE
SUITE 128
TALLAHASSEE FL 32301-7728

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

VOLKSWAGEN CREDIT INC
ATTN BANKRUPTCY
PO BOX 3
HILLBORO OR 97123-0003

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

WHITE WILSON MEDICAL CENTER
PO BOX 316445
TAMPA FL 33631-3645

ALICE LEIGH SEIBERT
674 WATERVIEW COVE DRIVE
FREEPORT FL 32439-2851

DEBTOR
JOHN STEWART SEIBERT
674 WATERVIEW COVE DRIVE
FREEPORT FL 32439-2851

MARY W COLON
PO BOX 14596
TALLAHASSEE FL 32317-4596

NATASHA Z REVELL
ZALKIN REVELL PLLC
WATERSIDE BUSINESS CENTER
2441 US HIGHWAY 98W STE 109
SANTA ROSA BEACH FL 32459-5386

TERESA M DORR
ZALKIN REVELL PLLC
2441 US HIGHWAY 98 SUITE 109
SANTA ROSA BEACH FL 32459-5386