UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:
SEIBERT, JOHN STEWART        CASE NO. 18-30975-KKS
SEIBERT, ALICE LEIGH          CHAPTER 7
      Debtor(s).
_____/

## MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES, AND INTERESTS

**TO: Debtor(s), Creditors, and Parties in Interest**

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Mary W. Colón, Trustee, and moves for authority to sell real property subject to any and all liens, encumbrances and interest, and in support thereof states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (M), (N), and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein are, *inter alia,* 11 U.S.C. §§ 105, 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4. On October 26, 2018, the Debtor(s) commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5. Mary W. Colón was appointed Chapter 7 trustee (the "Trustee").

6. The Debtor(s) owns real property, by virtue of a deed, located at 274 Lee County Rd 2170 in Phenix City, AL 36870, identified as Lee County Parcel ID no. 43 24 01 12 0 004 235.000, and described as follows:

   Lot 89 of Autumn Creek Subdivision, located in Section 12, Township 17N, Range 29E, Lee County, Alabama, as shown upon a final plat of said subdivision by Barrett-Simpson, Inc., filed in Plat Book 30 Page 30, in the Office of the Judge of Probate of Lee County, Alabama.

   Subject to all valid and enforceable easements and restrictions of record.

   This being property conveyed to Kimberly Corbett Culpepper by deed dated 11/6/08, recorded in Vol. 2342, Page 248, Lee County Probate Records.

   (hereinafter "the Property")

7. The Trustee has accepted an offer from John Stewart Seibert and Alice Leigh Seibert, Debtors, to purchase their interest in the Property in the amount of $3,000.00.

8. Based on Debtor(s)' schedules, Freedom Mortgage Corporation holds a mortgage against the property in the amount of $159,050.00.

9. Buyer is buying subject to any and all liens and encumbrances.

10. The Trustee is not aware of any other liens on the Property.

## AUTHORITY TO SELL

11. Pursuant to §363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business.

12. Should the Trustee receive no objection to this Motion or the contemporaneously filed Notice of Intent to Sell Real Property, it is the intent of the Trustee to submit an Order to this Court authorizing the Trustee to proceed to close this purchase and distribute the proceeds according to that outlined in the Notice of Intent to Sell Real Property.

13. The Trustee, in the exercise of her business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the Secured Creditors. The purchaser has agreed, subject to Court approval, to pay to the Trustee the sum of $3,000.00 in exchange for the Property subject to any and all liens, encumbrances, or interests.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto as Exhibit "A":

A. Authorizing the sale of the debtor(s)' interest in the Property to John Stewart Seibert and Alice Leigh Seibert; and

B. Authorizing the Trustee to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property subject to any and all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtor(s) or any other party claiming and interest in the Property to the Purchaser; and

C. Granting the Trustee such other and further relief as is just and proper.

DATED August 14, 2019.

/s/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
Smith, Thompson, Shaw, et al
P.O. Box 14596
Tallahassee, FL 32317
Telephone: (850) 241-0144
Facsimile: 0184012
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING has been furnished by U.S. Mail with postage prepaid to all persons on the Court's mailing matrix by BK Attorney Services, LLC d/b/a certificateofservice.com on August 14, 2019.

/s/ Mary W. Colón
MARY W. COLÓN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:
SEIBERT, JOHN STEWART     CASE NO. 18-30975-KKS
SEIBERT, ALICE LEIGH         CHAPTER 7
    Debtor(s).
_____/

## ORDER GRANTING MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES AND INTERESTS (Doc. )

THIS CAUSE having come before the Court upon Trustee's Notice of Intent to Sell Property of the Estate (Doc. ), *with negative notice,* and Motion to Sell Real Property Subject to Any and All Liens, Encumbrances and Interests (Doc. ), *with negative notice,* and there being no objection filed with the Court and no hearing being required, and the Court being otherwise fully advised in the premises.

It is hereby **ORDERED** as follows:

1. The relief requested in the motion is **GRANTED**.

2. The Trustee is authorized to sell the property identified as Lee County parcel ID No. 43 24 01 12 0 004 235.000 to John Steward Seibert and Alice Leigh Seibert for $3,000.00 under the price and terms set forth in the Notice of Intent to Real Property.



**EXHIBIT**

Exhibit "A"

3. The sale of the Property shall be "As Is, Where Is" pursuant to 11 U.S.C. § 363(b), with no warranties of any kind, subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.

4. **The purchaser is prohibited from defending against or asserting any counterclaims in any foreclosure action of the subject property.**

5. The Trustee shall deposit the settlement proceeds from the sale of the property into the bankruptcy estate's trust account, to be held there until this Court approves disbursement of these funds.

6. The Trustee is authorized to execute any and all documents, including a deed to effectuate the sale.

DONE AND ORDERED on _____.

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.

Trustee Mary W. Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: SEIBERT, JOHN STEWART<br>SEIBERT, ALICE LEIGH | CASE NO: 18-30975-KKS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/14/2019, I did cause a copy of the following documents, described below,

NOTICE OF INTENT TO SELL REAL PROPERTY

MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES, AND INTERESTS

CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND DEBTOR(S)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/14/2019

/s/ Mary W. Colon, Chapter 7 Trustee
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL  32317
850 241 0144

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: SEIBERT, JOHN STEWART<br>SEIBERT, ALICE LEIGH | CASE NO: 18-30975-KKS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 8/14/2019, a copy of the following documents, described below,

NOTICE OF INTENT TO SELL REAL PROPERTY

MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES, AND INTERESTS

CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN THE TRUSTEE AND DEBTOR(S)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/14/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary W. Colon, Chapter 7 Trustee

P O Box 14596
Tallahassee, FL 32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>  LABEL MATRIX FOR LOCAL NOTICING<br>11293<br>CASE 18-30975-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>PENSACOLA<br>WED AUG 14 11-40-00 EDT 2019 | BK GLOBAL REAL ESTATE SERVICES<br>1095 BROKEN SOUND PARKWAY SUITE 200<br>BOCA RATON FL 33487-3503 | FREEDOM MORTGAGE CORP<br>CO JESSICA HICKS<br>PO BOX 800<br>TAMPA FL 33601-0800 |
| HYUNDAI MOTOR FINANCE<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | LAKEVIEW LOAN SERVICING LLC<br>CO LESLIE RUSHIN<br>QUINTAROS PRIETO WOOD  BOYER PA<br>1475 CENTREPARK BLVD STE 130<br>WEST PALM BEACH FL 33401-7424 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| REMAX BY THE SEA<br>2395 W COUNTY HWY 30A<br>SANTA ROSA BEACH FL 32459-5166 | SANTANDER CONSUMER USA INC DBA<br>CHRYSLER<br>CO CHAD D HECKMAN<br>PO BOX 12492<br>TALLAHASSEE FL 32317-2492 | LAKEVIEW LOAN SERVICING LLC<br>CO LESLIE RUSHING ESQ<br>QUINTAIROS PRIETO WOOD  BOYER PA<br>1475 CENTREPARK BLVD SUITE 130<br>WEST PALM BEACH FL 33401-7424 |
| CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | ADVANCED CALL CENTER TECHNOLOGIES LLC<br>PO BOX 9091<br>JOHNSON CITY TN 37615-9091 | ARMY EMERGENCY RELIEF<br>2530 CRYSTAL DRIVE<br>SUITE 13161<br>13TH FLOOR<br>ARLINGTON VA 22202-3950 |
| BLANCA PEAK INPATIENT SVCS LLC<br>PO BOX 80141<br>PHILADELPHIA PA 19101-1141 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CHASE CARD SERVICES<br>CORRESPONDENCE DEPT<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHOCTAWHATCHEE ELECTRIC COOPERATIVE<br>INC<br>PO BOX 512<br>DEFUNIAK SPRINGS FL 32435-0512 | CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910PY DEPT<br>LOUISVILLE KY 40213-3410 | CITIBANK NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS SD 57104-0493 |
| CITIBANKBEST BUY<br>ATTN BANKRUPTCY<br>PO BOX 790441<br>ST LOUIS MO 63179-0441 | CITIBANKTHE HOME DEPOT<br>ATTN RECOVERYCENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITY OF FREEPORT<br>112 HIGHWAY 20 WEST<br>PO BOX 339<br>FREEPORT FL 32439-0339 |
| CREDIT FIRST NATIONAL ASSOCIATION<br>ATTN BK CREDIT OPERATIONS<br>PO BOX 81315<br>CLEVELAND OH 44181-0315 | DELTA DENTAL OF CALIFORNIA<br>FEDERAL GOVERNMENT PROGRAMS<br>PO BOX 537008<br>SACRAMENTO CA 95853-7008 | DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 |
| EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2359 | EDFINANCIAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 36008<br>KNOXVILLE TN 37930-6008 | EDFINANCIAL ON BEHALF OF US DEPT OF<br>EDUCATI<br>120 N SEVEN OAKS DR<br>KNOXVILLE TN 37922-2359 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FLAGSTAR BANK
ATTN BANKRUPTCY
5151 CORPORATE DRIVE
TROY MI 48098-2639

FORT WALTON BEACH MEDICAL CENTER
1000 MARWALT DRIVE
FORT WALTON BEACH FL 32547-6795

FORT WALTON BEACH MEDICAL CENTER
PO BOX 740771
CINCINNATI OH 45274-0771

FREEDOM MORTGAGE CORPORATION
105000 KINCAID DR
FISHERS IN 46037

FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY
PO BOX 50428
INDIANAPOLIS IN 46250-0401

GATESTONE  CO INTERNATIONAL INC
465 N 3RD ST
PHOENIX AZ 85004

GENPACT SERVICES LLC
PO BOX 1969
SOUTHGATE MI 48195-0969

HYUNDAI MOTOR FINANCE
ATTN BANKRUPTCY
PO BOX 20829
FOUNTAIN CITY CA 92728-0829

KINETIC CREDICT UNION
ATTN BANKRUPTCY
PO BOX 9818
COLUMBUS GA 31908-0818

LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH VA 23452-4262

NATIONWIDE CREDIT INC
PO BOX 10354
DES MOINES IA 50306-0354

NAVY FEDERAL CREDIT UNION
820 FOLLIN LANE SE
VIENNA VA 22180-4907

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD VA 22119-3000

PMI CHATTAHOOCHEE VALLEY
PROPERTY MANAGEMENT
233 12TH ST
SUITE 743
COLUMBUS GA 31901-2446

PYOD LLC
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

SACRED HEART HEALTH SYSTEM
ATTN 848343C
PO BOX 14099
BELFAST ME 04915-4034

SACRED HEART HEALTH SYSTEM
PO BOX 2728
PENSACOLA FL 32513-2728

SACRED HEART HOSPITAL EMERALD COAST
PO BOX 2488
PENSACOLA FL 32513-2488

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH TX 76161-0244

SOUTH WALTON FIRE DISTRICT
PO BOX 1105
TARPON SPRINGS FL 34688-1105

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKCARE CREDIT
950 FORER BLVD
KETTERING OH 45420-1469

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965061
ORLANDO FL 32896-5061

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKOLD NAVY
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONYBANKNAUTILUS
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONYBANKROOMS TO GO
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| USAA FEDERAL SAVINGS BANK<br>ATTN BANKRUPTCY<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO TX 78288-1600 | UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 |
| VOLKSWAGEN CREDIT INC<br>ATTN BANKRUPTCY<br>PO BOX 3<br>HILLBORO OR 97123-0003 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | WHITE WILSON MEDICAL CENTER<br>PO BOX 316445<br>TAMPA FL 33631-3645 |
| ALICE LEIGH SEIBERT<br>674 WATERVIEW COVE DRIVE<br>FREEPORT FL 32439-2851 | DEBTOR<br>JOHN STEWART SEIBERT<br>674 WATERVIEW COVE DRIVE<br>FREEPORT FL 32439-2851 | MARY W COLON<br>PO BOX 14596<br>TALLAHASSEE FL 32317-4596 |
| NATASHA Z REVELL<br>ZALKIN REVELL PLLC<br>WATERSIDE BUSINESS CENTER<br>2441 US HIGHWAY 98W STE 109<br>SANTA ROSA BEACH FL 32459-5386 | TERESA M DORR<br>ZALKIN REVELL PLLC<br>2441 US HIGHWAY 98 SUITE 109<br>SANTA ROSA BEACH FL 32459-5386 | |