**UNITED STATES BANKRUPTCY COURT**
**Northern District of Florida**
**Pensacola Division**

| | |
|---|---|
| **IN RE: JOHN STEWART SEIBERT AND ALICE LEIGH SEIBERT,** <br><br> **Debtors.** | Bankruptcy Case No. 18-30975-KKS <br><br> Chapter: 7 |

**DEBTORS' LIMITED RESPONSE TO CHAPTER 7 TRUSTEE'S MOTION TO SELL REAL PROPERTY (DOC. 55) AND MOTION APPROVE COMPROMISE AND SETTLEMENT (DOC. 56)**

**JOHN STEWART SEIBERT AND ALICE LEIGH SEIBERT** (the "Debtors"), by and through their undersigned counsel, hereby file this, their limited response to the Chapter 7 Trustee's To Sell Real Property (Doc. 55) and Motion to Approve Compromise and Settlement (Doc. 56) and state the following in support, thereof:

1. The Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on October 26, 2018.

2. Following the filing of the bankruptcy case, the Debtors were required to move to Alabama, to their property located at 274 Lee County Road 2170, Phenix City, Alabama (the Lee County Road House), in order for Mr. Seibert, a disabled veteran with significant ongoing medical issues, to be near the hospital where he is able to receive continuing treatments.

3. Accordingly, the Trustee and the Debtors are in agreement for the Trustee to sell the Lee County Road House to the Debtors pursuant to the terms of the Trustee's Motions (Doc. 55 & 56).

4. The Debtor's are also in the process of attempting to obtain a loan modification for the mortgage on this house.

5. This response is being filed for the limited purpose of clarifying that the terms of the Order on this Motion should not bar the Debtors from contesting a foreclosure on the Lee County Road House which they are buying back from the Trustee. Indeed an active and pending modification application with a lender is a valid defense to a foreclosure action.

Wherefore, the Debtors request that the Court **GRANT** the Trustee's Motion to Sell Real Property (Doc. 55) and Motion to Approve Compromise and Settlement (Doc. 56) with an order that does not put any restrictions on the Debtor's ability to defend their house from foreclosure and for such other and further relief as is just and proper.

Respectfully submitted, this
23rd day of August, 2019

ZALKIN REVELL, PLLC

/s/ Natasha Z. Revell.
NATASHA Z. REVELL
ZALKIN REVELL, PLLC
Waterside Business Center
2441 US Highway 98W, Ste. 109
Santa Rosa Beach, FL 32459
(850) 267-2111 (Tel)
(866) 560-7111 (Fax)
nrevell@zalkinrevell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the:

**DEBTORS' LIMITED RESPONSE TO CHAPTER 7 TRUSTEE'S MOTION TO SELL REAL PROPERTY (DOC. 55) AND MOTION APPROVE COMPROMISE AND SETTLEMENT (DOC. 56)**

was served on the following parties by electronic mail through the Courts CM/ECF system or by standard first class mail on the 23rd day of August, 2019

Parties who are currently on the list to receive email notice/service for this case:

- Mary W. Colon, Esq. Chapter 7 Trustee trustee@marycolon.com
- Jessica Hicks, Esq. jhicks@kasslaw.com
- Office of the United States Trustee: USTPRegion21.TL.ECF@usdoj.gov.

    /s/ Natasha Z. Revell
NATASHA Z. REVELL
ZALKIN REVELL, PLLC
Waterside Business Center
2441 US Highway 98W, Ste. 109
Santa Rosa Beach, FL 32459
(850) 267-2111 (Tel)
(866) 560-7111 (Fax)
nrevell@zalkinrevell.com