UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:
SEIBERT, JOHN STEWART     CASE NO. 18-30975-KKS
SEIBERT, ALICE LEIGH     CHAPTER 7
    Debtor(s).
_____/

## ORDER GRANTING MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES AND INTERESTS (Doc. 55)

THIS CAUSE having come before the Court upon Trustee's Notice of Intent to Sell Property of the Estate (Doc. 54), *with negative notice,* and Motion to Sell Real Property Subject to Any and All Liens, Encumbrances and Interests (Doc. 55), *with negative notice,* and there being no objection filed with the Court and no hearing being required, and the Court being otherwise fully advised in the premises.

It is hereby **ORDERED** as follows:

1. The relief requested in the motion is **GRANTED**.

2. The Trustee is authorized to sell the property identified as Lee County parcel ID No. 43 24 01 12 0 004 235.000 to John Steward Seibert and Alice Leigh Seibert for $3,000.00 under the price and terms set forth in the Notice of Intent to Real Property.

3. The sale of the Property shall be "As Is, Where Is" pursuant to 11 U.S.C. § 363(b), with no warranties of any kind, subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.

4. The Trustee shall deposit the settlement proceeds from the sale of the property into the bankruptcy estate's trust account, to be held there until this Court approves disbursement of these funds.

5. The Trustee is authorized to execute any and all documents, including a deed to effectuate the sale.

DONE AND ORDERED on  September 19, 2019  .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.
Trustee Mary W. Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.