# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case Number: | 18-30975 KKS | Trustee: | Mary W. Colón |
|---|---|---|---|
| Case Name: | JOHN STEWART SEIBERT | Filed (f) or Converted (c): | 10/26/18 (f) |
| | ALICE LEIGH SEIBERT | §341(a) Meeting Date: | 12/18/18 |
| Period Ending: | 12/31/19 | Claims Bar Date: | 04/10/19 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 647 Waterview Cove Dr., Freeport, FL 32439-0000<br>possible short sale | 188,265.00 | 0.00 | | 0.00 | 188,265.00 |
| 2 | 274 Lee County Rd. 2170, Phenix City, AL 36870<br>debtors intend to seek a modification of mortgage doc. 17 | 159,050.00 | 20,730.00 | | 1,000.00 | 2,000.00 |
| 3 | 2017 Jeep Patriot, 18000 miles | 12,325.00 | 0.00 | | 0.00 | FA |
| 4 | 2017 Huyandai Elantra, 18000 miles<br>lien amount amended as shown on reaffirmation agreement doc. 27 | 14,425.00 | 175.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings (all are subject | 1,305.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics (substantial water damage & mold) | 320.00 | 0.00 | | 0.00 | FA |
| 7 | Alabama collectibles | 300.00 | 0.00 | | 0.00 | FA |
| 8 | handguns | 550.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor's clothing (substantial water & mold dama | 125.00 | 0.00 | | 0.00 | FA |
| 10 | Debtors' jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's support dog and three other dogs | 35.00 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: USAA Bank 8195-2 | 4.74 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: USAA Bank 8855-6 | 138.04 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: USAA Savings 1778-5 | 5.00 | 0.00 | | 0.00 | FA |
| 15 | Deposits of money: Synovus Bank 309-1 | 21.55 | 0.00 | | 0.00 | FA |
| 16 | Savings: USAA Savings Bank 193-8 Custodial Acct | 0.00 | 0.00 | | 0.00 | FA |
| 17 | ACDCA Post Petition Class deposit | 20.00 | 0.00 | | 0.00 | FA |
| 18 | Estimated recovery on insurance claim for damage | 7,090.00 | 0.00 | | 0.00 | FA |
| 19 | 2018 tax refund (u)<br>estimated | Unknown | 5,200.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$384,229.33** | **$26,105.00** | | **$1,000.00** | **$190,265.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Major activities affecting case closing:**
Orders 61 & 62 served doc. 63.
Hearing 9-25-19 re: Motion to Sell (Alabama property)
Hearing 9-25-19 re: Motion to Approve Compromise & Settlement
objections due by 9-4-19 re: NOITS, Motion to Sell (Alabama property, & Motion to Approve Compromise & Settlement; response filed by Debtor doc. 57.
owe signed note (emailed 3-26-19; follow up email sent 7-26-19); received 8-29-19.
NOITS doc. 54, Motion to Sell doc. 55 & Motion to Approve Compromise & Settlement doc. 56 mailed by BK Atty.
owe legal description & parcel ID 4-8-19; emailed to Revell for review & approval 4-10-19; follow up emails sent 7-2-19 & 7-26-19
Application to Employ BK Global filed doc. 41; order submitted 3-15-19.
third party authorization emailed to Priscilla 2-8-19.
email sent to BK Global re: both properties 2-8-19.

Promissory note collections through August 1, 2020.
send closing statement re: AL property when paid in full & request check for recording fees (cl statement, deed & affidavit are prepared)
BK Global for short sale is employed re: 647 Waterview Cove Dr., Freeport, FL
claim 2018 tax refund (noticed 2-7-19)
TFR
TDR

**Initial Projected Date of Final Report (TFR):** April 15, 2020    **Current Projected Date of Final Report (TFR):** April 15, 2020

     January 17, 2020    /s/ Mary W. Colón
         Date    Mary W. Colón

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 18-30975 KKS | Trustee: | Mary W. Colón |
|---|---|---|---|
| Case Name: | JOHN STEWART SEIBERT | Bank Name: | Signature Bank |
| | ALICE LEIGH SEIBERT | Account: | ******7006 - Checking |
| Taxpayer ID#: | ******3512 | Blanket Bond: | $6,660,000.00 (per case limit) |
| Period: | 01/01/19 - 12/31/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/19 | Asset #2 | Seibert, John | note payment<br>Payment to A/R Account #1 Debtor buyback | 1110-000 | 250.00 | | 250.00 |
| 10/03/19 | Asset #2 | Seibert, John | note payment<br>Payment to A/R Account #1 Debtor buyback | 1110-000 | 250.00 | | 500.00 |
| 11/05/19 | Asset #2 | Seibert, John | note payment<br>Payment to A/R Account #1 Debtor buyback | 1110-000 | 250.00 | | 750.00 |
| 12/02/19 | Asset #2 | Seibert, John | note payment<br>Payment to A/R Account #1 Debtor buyback | 1110-000 | 250.00 | | 1,000.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,000.00 | 0.00 | $1,000.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 1,000.00 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,000.00** | **$0.00** | |

| | Net Receipts: | $1,000.00 |
|---|---|---|
| | Net Estate: | $1,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7006** | 1,000.00 | 0.00 | 1,000.00 |
| | **$1,000.00** | **$0.00** | **$1,000.00** |